```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  AMANDA McVETY,                                       :
                                                       :
                              Plaintiff,               :
                                                       :
              -against-                                :
                                                       :    13-CV-8149 (VEC)
  PACIFIC GREEN GROUP, LTD.,                           :
                                                       :       ORDER
                              Defendant,:
                                                       :
  PACIFIC GREEN TECHNOLOGIES, INC.,                    :
                                                       :
                     Nominal Defendant.:
-------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/18/16

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties filed their settlement agreement in this matter on January 12, 2016 (Dkt. 114);

WHEREAS Plaintiff's counsel has notified the Court that he has received the last of the three payment required by the settlement agreement (Dkt. 118); and

WHEREAS on January 13, 2016, the Court ordered that it would dismiss the case with prejudice after Plaintiff's counsel notifies the Court that the last required payment to Plaintiff's counsel has been made (Dkt. 115);

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice.  The Clerk of Court is respectfully requested to terminate any open motions and to close the case.

**SO ORDERED.**

Date: August 18, 2016                                 _____
      New York, NY                                     **VALERIE CAPRONI**
                                                       **United States District Judge**